# Schedule A

| 1 Cause of Action | 2 Plaintiff | 3 Musical Composition | 4 Writers | 5 Date of Publication | 6 Certificate of Registration Number | 7 Date of Known Infringement |
|---|---|---|---|---|---|---|
| 1. | GREENFUND<br><br>I.M. NOBODY MUSIC<br><br>PIMP YUG<br><br>MY BLUE CAR MUSIC COMPANY<br><br>W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | SO FAR AWAY | John F. April<br><br>Aaron Lewis<br><br>Michael Mushok<br><br>Jonathan Wysocki | May 20, 2003 | PA 1-157-383 | May 13, 2025 |
| 2. | W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | SHUT UP AND DANCE | Sean Waugaman<br><br>Kevin Ray<br><br>Eli Maiman<br><br>Ryan McMahon<br><br>Benjamin H. Berger<br><br>Nicholas Petricca | December 2, 2014 | PA 1-962-818 | May 13, 2025 |
| 3. | MARK HOPPUS d/b/a HMNIM | ALL THE SMALL THINGS | Travis L. Barker<br><br>Thomas DeLonge<br><br>Mark Hoppus | June 1, 1999 | PA 957-349 | May 13, 2025 |