UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.
5:25-cv-00356-FL

GREENFUND, I.M. NOBODY MUSIC, )
PIMP YUG, MY BLUE CAR MUSIC )
COMPANY, W CHAPPELL MUSIC CORP. )
d/b/a WC MUSIC CORP., and MARK )
HOPPUS d/b/a HMNIM, )          **NOTICE OF APPEARANCE**
                            )
              Plaintiffs, )
                            )
  -against- )
                            )
O2 HOLDINGS, LLC and MICHAEL D. )
OLANDER, JR., )
                            )
              Defendants. )

PLEASE TAKE NOTICE that Michael J. Allen, of the law firm of Carruthers & Roth, P.A., hereby enters his appearance in this action in representation of plaintiffs Greenfund, I.M. Nobody Music, Pimp Yug, My Blue Car Music Company, W Chappell Music Corp. d/b/a WC Music Corp., and Mark Hoppus d/b/a HMNIM. The undersigned hereby requests that all notices required to be given and all documents served or required to be served in this case be given to or served to the undersigned counsel as counsel for the Plaintiffs Greenfund, I.M. Nobody Music, Pimp Yug, My Blue Car Music Company, W Chappell Music Corp. d/b/a WC Music Corp., and Mark Hoppus d/b/a HMNIM in accordance with the requirements of the Federal Rules of Civil Procedure.

Respectfully submitted this 27th day of June, 2025.


  /s/  Michael J. Allen
Michael J. Allen
NC State Bar No. 18030
Carruthers & Roth, P.A.

P.O. Box 540
Greensboro, NC  27402
Telephone:  (336) 379-8651
Facsimile:  (336) 478-1175
mja@crlaw.com
*Attorney for Plaintiffs*